IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| TASH JERNAZIAN, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No.: 4:22-cv-27-SDJ-KPJ |
| | § | |
| COVENTRY HOMES, *et al.*, | § | |
| | § | |
| Defendants. | § | |

**REPORT AND RECOMMENDATION
OF UNITED STATES MAGISTRATE JUDGE**

This matter was referred to the undersigned pursuant to 28 U.S.C. § 636. *See* Dkt. 2. As set forth below, the Court finds Plaintiff Tash Jernazian's ("Plaintiff") claims against Defendants Coventry Homes, Wildridge, Little Elm Post Office, Denton County Planning and Development, the United States Postal Service, the Office of the Inspector General, and the Postmaster General (collectively, "Defendants") should be **DISMISSED** without prejudice for want of prosecution.

On April 11, 2022, the Court directed the Clerk's Office to mail the Court's standard forms entitled "Motion to Proceed In Forma Pauperis" and "Affidavit in Support of Motion for Leave to Proceed in Forma Pauperis" to Plaintiff. *See* Dkt. 4. On May 16, 2022, the mailed forms were returned marked "Return to Sender—Unclaimed—Unable to Forward." *See* Dkt. 5. Plaintiff is proceeding *pro se* and is responsible for keeping the clerk advised in writing of her current physical address. *See* LOCAL RULE CV-11.

Plaintiff has not contacted the Clerk's Office or otherwise taken any action in this matter. It is, therefore, recommended that Plaintiff's claims against Defendant be **DISMISSED** without prejudice for want of prosecution. *See* FED. R. CIV. P. 41(b).

Within fourteen (14) days after service of the magistrate judge's report, any party may serve and file written objections to the findings and recommendations of the magistrate judge. 28 U.S.C.A. § 636(b)(1)(C).

A party is entitled to a *de novo* review by the district court of the findings and conclusions contained in this report only if specific objections are made, and failure to timely file written objections to any proposed findings, conclusions, and recommendations contained in this report shall bar an aggrieved party from appellate review of those factual findings and legal conclusions accepted by the district court, except on grounds of plain error, provided that the party has been served with notice that such consequences will result from a failure to object. *Id*.; *Thomas v. Arn*, 474 U.S. 140, 148 (1985); *Douglass v. United Servs. Auto Ass'n*, 79 F.3d 1415, 1417 (5th Cir. 1996) (en banc), *superseded by statute on other grounds*, 28 U.S.C. § 636(b)(1) (extending the time to file objections from ten to fourteen days).

**So ORDERED and SIGNED this 4th day of October, 2022.**

_____
KIMBERLY C. PRIEST JOHNSON
UNITED STATES MAGISTRATE JUDGE