IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| TASH JERNAZIAN, | § § | |
| v. | § § | Civil Action No. 4:22-cv-27-SDJ-KPJ |
| COVENTRY HOMES, ET AL. | § § § | |

**MEMORANDUM ADOPTING REPORT AND
RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE**

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On January 13, 2022, Plaintiff Tash Jernazian ("Plaintiff") filed this lawsuit against Defendants Coventry Homes, Wildridge, Little Elm Post Office, Denton County Planning and Development, the United States Postal Service, the Office of the Inspector General, and the Postmaster General (together, "Defendants"). *See* Dkt. 1.

On October 4, 2022, the Magistrate Judge entered proposed findings of fact and recommendations (the "Report"), (Dkt. #6), recommending Plaintiff's claims be dismissed without prejudice for want of prosecution.

Having received the Report of the United States Magistrate Judge, and no timely objections being filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the Court.

Accordingly, Plaintiff's claims against Defendants are **DISMISSED WITHOUT PREJUDICE**.

All relief not previously granted is **DENIED**. The Clerk is directed to **CLOSE** this civil action.

**So ORDERED and SIGNED this 2nd day of December, 2022.**

_____
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE